IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 01 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 2:19cr59-KS-MTP |
| CHRISTIAN JAMAL MARTIN | 18 U.S.C. § 1951(a)<br>18 U.S.C. § 924(c)(1)(A)(iii)<br>18 U.S.C. § 922(g)(3) |

**The United States charges:**

COUNT 1

On or about March 4, 2019, in Forrest County in the Eastern Division of the Southern District of Mississippi, the defendant, **CHRISTIAN JAMAL MARTIN**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce by robbery, in that the defendant, **CHRISTIAN JAMAL MARTIN**, aided and abetted by providing transportation to others known and unknown to the United States, who did unlawfully take and obtain personal property, including United States currency, from the person and in the presence of K.O., against her will by means of actual and threatened force, violence, and fear of injury to her person and her property by entering the Kangaroo Express, armed with a firearm, and demanding the money in the register.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT 2

On or about March 4, 2019, in Lamar County in the Eastern Division of the Southern District of Mississippi, the defendant, **CHRISTIAN JAMAL MARTIN**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce by robbery, in that the defendant, **CHRISTIAN JAMAL MARTIN**, aided and abetted by providing transportation to others known and unknown to the United States, who did unlawfully take and obtain personal property, including United States

currency, from the person and in the presence of A.R., against her will by means of actual and threatened force, violence, and fear of injury to her person and property, that is, by entering the Valero, armed with a firearm, and demanding the money in the register.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3

On or about March 26, 2019, in Forrest County in the Eastern Division of the Southern District of Mississippi, the defendant, **CHRISTIAN JAMAL MARTIN**, did attempt to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce by robbery, in that the defendant, **CHRISTIAN JAMAL MARTIN**, aided and abetted by providing transportation to others known and unknown to the United States, who did attempt to unlawfully take and obtain personal property, including United States currency, from the person and in the presence of C.F., against her will by means of actual and threatened force, violence, and fear of injury to her person and property, that is by approaching C.F. in the parking lot of Captain D's, armed with a firearm, striking her with the firearm, and pulling C.F. out of her car while demanding money from the restaurant.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 4

On or about March 4, 2019, in Lamar County in the Eastern Division of the Southern District of Mississippi, the defendant, **CHRISTIAN JAMAL MARTIN**, aided and abetted by providing transportation to others known and unknown to the United States, who did knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery which interfered with interstate commerce as charged in Count 2 of this indictment, in violation of Title 18, United States Code, Section 1951(a), and discharged that firearm.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

COUNT 5

On or about March 28, 2019, in Forrest County in the Eastern Division of the Southern District of Mississippi, the defendant, **CHRISTIAN JAMAL MARTIN**, knowing he was an unlawful user of any controlled substance as defined in Title 21, United States Code, Section 802, knowingly possessed ammunition, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses specified above, the defendant, **CHRISTIAN JAMAL MARTIN**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

_____
D. MICHAEL HURST, JR.
United States Attorney